```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   25cv7572(DLC)
SHARESTATES PM LINE, LLC, et al.,       :
                                        :
                        Plaintiffs,     :   ORDER
            -v-                         :
                                        :
PRIME MERIDIAN REAL ESTATE LENDING      :
FUND, LP,                               :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 9, 2025, defendant Prime Meridian Real Estate Lending Fund, LP filed a motion to dismiss the complaint pursuant to Rule 12(b)(1), Fed. R. Civ. P.  It is hereby

ORDERED that plaintiffs shall file any opposition to the motion to dismiss, explaining the basis for their belief that diversity of citizenship exists, by October 16, 2025. Defendant's reply, if any, shall be filed by October 20, 2025.

Dated:   New York, New York
         October 9, 2025

                                   _____
                                            DENISE COTE
                                   United States District Judge